IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) |   |
|---|---|---|
|   | ) |   |
| Plaintiff, | ) |   |
|   | ) |   |
| v. | ) | CRIMINAL NO. 02-228 |
|   | ) |   |
| MICHAEL FLEMING, | ) |   |
|   | ) |   |
| Defendant. | ) |   |

ORDER OF COURT

AND NOW, this 9th day of May, 2007, upon consideration of the Stipulation, it is hereby,

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and incorporated by reference in its entirety into this Order.

It is further ORDERED that Michael Fleming will submit monthly payments of $1000.00 to the United States beginning on March 1, 2004 and continuing until his forfeiture judgment of $119,843.00 is paid in full. Each $1000.00 check shall be payable to the United States Marshals Service and sent the United States Attorneys Office, c/o Asset Forfeiture Section, Suite 4000, United States Court House, Pittsburgh, PA 15219.

United States District Judge